**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7901**

———————————

JIBRIL LUQMAN IBRAHIM, a/k/a Grant Anderson,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; DISTRICT OF COLUMBIA,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-95-676-R)

———————————

Submitted: April 15, 1996          Decided: April 29, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jibril Luqman Ibrahim, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motions for recusal and for leave to file a complaint for failing to comply with a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. Ibrahim v. United States, No. CA-95-676-R  (E.D. Va. Oct. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED